Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  23−20490−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean Russell Chambers
320 McKinley Ave
Pitman, NJ 08071

Kristen Marie Dugan
320 McKinley Ave
Pitman, NJ 08071

Social Security No.:
   xxx−xx−3095

   xxx−xx−3725

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 8, 2024.

Dated: February 8, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-20490-JNP

Sean Russell Chambers                                                       Chapter 13

Kristen Marie Dugan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                      Page 1 of 4

Date Rcvd: Feb 08, 2024                 Form ID: plncf13                            Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean Russell Chambers, Kristen Marie Dugan, 320 McKinley Ave, Pitman, NJ 08071-1320 |
| 520078045 | + | Faloni Law Group, LLC, 425 Eagle Roack Ave, Suite 404, Roseland, NJ 07068-1717 |
| 520136732 | + | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 WESTERN AVENUE STE 700, SEATTLE, WA 98101-2051 |
| 520078061 | + | Selip & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520078069 | + | WebBank, Attn: Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520078030 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2024 20:57:00 | ADS/Comenity/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520078031 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2024 20:57:00 | ADS/Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 520078032 | + | Email/Text: backoffice@affirm.com | Feb 08 2024 20:58:00 | Affirm Inc., 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520134166 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 21:05:32 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520078033 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 08 2024 20:55:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 520078036 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2024 20:58:00 | CCS Payment, PO Box 55126, Boston, MA 02205-5126 |
| 520089506 | | Email/Text: BKPT@cfna.com | Feb 08 2024 20:55:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520078034 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2024 20:54:11 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520078035 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 08 2024 21:05:30 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 520082305 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2024 21:05:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. |

District/off: 0312-1       User: admin       Page 2 of 4

Date Rcvd: Feb 08, 2024       Form ID: plncf13       Total Noticed: 62

| | | | |
|---|---|---|---|
| | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 520138887 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2024 21:05:42 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520093565 | + Email/PDF: ebn_ais@aisinfo.com | Feb 08 2024 21:05:20 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520078038 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2024 21:05:17 | CitiBank, N.A., PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520078040 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2024 20:57:00 | ComenityCB/Gamestop, PO Box 182120, Columbus, OH 43218-2120 |
| 520078039 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2024 20:57:00 | ComenityCapitalBank/The William, PO Box 182120, Columbus, OH 43218-2120 |
| 520078041 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 08 2024 20:58:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520078042 | Email/Text: BKPT@cfna.com | Feb 08 2024 20:55:00 | Credit First/Firestone, PO Box 81083, Cleveland, OH 44181 |
| 520078043 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 08 2024 20:54:14 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520078044 | + Email/Text: electronicbkydocs@nelnet.net | Feb 08 2024 20:58:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 520078046 | Email/Text: BNSTAZ@capitalsvcs.com | Feb 08 2024 20:56:00 | First National Bank/FISE, PO Box 5081, Sioux Falls, SD 57117 |
| 520078037 | Email/Text: BNSFS@capitalsvcs.com | Feb 08 2024 20:56:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 520078047 | ^ MEBN | Feb 08 2024 20:49:16 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 520134491 | + Email/Text: cashiering-administrationservices@flagstar.com | Feb 08 2024 20:58:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520078048 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2024 20:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520078049 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2024 20:58:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 520128306 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2024 20:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520110033 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 21:05:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520078050 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 21:05:19 | LVNV Funding, LLC, P.O. Box 10497, Ste 110, Ms 576, Greenville, SC 29603-0497 |
| 520110034 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2024 20:54:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520078055 | Email/Text: ml-ebn@missionlane.com | Feb 08 2024 20:55:00 | Mission Lane/Tab Bank, PO Box 105286, Atlanta, GA 30348 |
| 520078052 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2024 20:54:52 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520078053 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 20:57:00 | Midland Credit Management, 320 E. Big Beaver Road, Ste 300, Troy, MI 48083-1271 |
| 520078054 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 20:57:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520122893 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2024 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520078056 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2024 21:05:26 | Ollo/CWS, PO Box 9222, Old Bethpage, NY |

District/off: 0312-1                          User: admin                          Page 3 of 4
Date Rcvd: Feb 08, 2024                   Form ID: plncf13                   Total Noticed: 62

11804-9222

| | | | |
|---|---|---|---|
| 520133529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 08 2024 20:54:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520078057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 08 2024 21:16:19 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 520078058 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Feb 08 2024 21:16:38 | Premier Bankcard/First Premier, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520104732 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 08 2024 20:57:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520096811 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | |
| | | Feb 08 2024 21:16:31 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 520078059 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | |
| | | Feb 08 2024 21:16:31 | Regional Acceptance Corporation, PO Box 830913, Birmingham, AL 35283-0913 |
| 520078060 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 08 2024 21:05:18 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520078062 | + | Email/Text: bankruptcy@sw-credit.com | |
| | | Feb 08 2024 20:58:00 | Southwest Credit Systems, 4120 International Pkwy, Ste. 1100, Carrollton, TX 75007-1958 |
| 520130186 | | Email/Text: bankruptcy@springoakscapital.com | |
| | | Feb 08 2024 20:55:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520078063 | ^ | MEBN | |
| | | Feb 08 2024 20:49:34 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520078064 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 08 2024 21:16:29 | SyncB/Amazon, PO Box 965060, Orlando, FL 32896-5060 |
| 520078065 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 08 2024 20:54:53 | SyncB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 520078066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 08 2024 20:54:51 | SyncB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 520137080 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Feb 08 2024 21:05:29 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520078067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 08 2024 21:16:22 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 520092404 | + | Email/Text: tdebn@credbankserv.com | |
| | | Feb 08 2024 20:56:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520078068 | ^ | MEBN | |
| | | Feb 08 2024 20:49:47 | TDRCS/Samsung, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 520101529 | + | Email/Text: electronicbkydocs@nelnet.net | |
| | | Feb 08 2024 20:58:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 520080104 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | |
| | | Feb 08 2024 20:54:15 | U.S. Department of Housing and Urban Development,, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520078070 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Feb 08 2024 20:58:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520078051 | ##+ | Mantua Township - Municipal Court, 405 Main Street, Mantua, NJ 08051-1002 |

District/off: 0312-1                               User: admin                                      Page 4 of 4
Date Rcvd: Feb 08, 2024                          Form ID: plncf13                                Total Noticed: 62
TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Kristen Marie Dugan rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sean Russell Chambers rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6